■ TANYA SPRATLEY et al., Appellants, v LAWRENCE FRIEDLAND et al., Respondents. (And a Third-Party Action.)—Orders, Supreme Court, Bronx County, entered on or about June 27 and August 7, 1975, unanimously affirmed on opinion of Brust, J., at Special Term, without costs and without disbursements. No opinion. Concur—Markewich, J. P., Kupferman, Tilzer, Lane and Yesawich, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES HULTS, Appellant.—Judgment, Supreme Court, Bronx County, rendered on May 14, 1973, unanimously affirmed. The case is remitted to the Criminal Term, Supreme Court, Bronx County, which shall direct defendant to surrender himself in order that execution of the judgment shall be commenced or resumed (CPL 460.50, subd 5). No opinion. Concur—Markewich, J. P., Kupferman, Tilzer, Lane and Yesawich, JJ.

■ HOWARD SIMON, Respondent, v HENRY I. SIEGEL CO., INC., Appellant. —Order of the Appellate Term, First Department, entered on October 23, 1974, affirmed on the majority opinion at Appellate Term. Concur—Kupferman, Murphy and Nunez, JJ.; Markewich, J. P., and Yesawich, J., who dissent and who would reverse and dismiss the complaint on the dissenting opinion at Appellate Term. Respondent shall recover of appellant $60 costs and disbursements of this appeal. No opinion.

■ LOUIS SCHOUR, Respondent, v AETNA INSURANCE COMPANY et al., Defendants and Third-Party Plaintiffs-Appellants. ROYAL EQUITIES, INC., Third-Party Defendant-Respondent.—Order, Supreme Court, New York County, entered June 2, 1975, unanimously affirmed, with one bill of $40 costs and disbursements to respondents. It was not an abuse of discretion for the court to refuse to sever various aspects of this case and thereby fragment its disposition. No prejudice has been shown to flow from this ruling except possibly as to defendant-appellant Aetna's right to depose third-party defendant-respondent Royal. As to this aspect of the matter, we direct that, if appellant moves with due alacrity, this case being on the eve of trial, such examination be permitted. Concur—Markewich, J. P., Kupferman, Murphy, Nunez and Yesawich, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HENRY ROSE, Appellant.—Judgment, Supreme Court, New York County, rendered December 11, 1973, convicting defendant-appellant of robbery, second degree, unanimously modified, on the law, to dismiss the lesser included counts of grand larceny, second and third degrees and otherwise affirmed. (See People v Pyles, 44 AD2d 784; CPL 300.40, subd 3, par [b].) Concur—Markewich, J. P., Murphy, Lupiano, Tilzer and Lane, JJ.